the Secretary, in connection with the evidence in the record, there would be a sufficient basis for him to conclude as a fact that Strecker became a member of or at least affiliated with an organization that advises, advocates and teaches the overthrow by violence of the Government of the United States, as one of the capitalistic governments, within the provision of 8 U.S.C.A. § 137(c). The opinion of this Court in fact resorts to judicial notice in its remarks about recent changes in the methods of the Communist Party and in Soviet Russia. But no one professes to know that the Communist International had in 1933 changed its program, or indeed that the Communist Party of the U. S. A. at that time had. No one doubts that the economic aims of Communism may be lawfully promoted by a citizen or an alien in the United States, so long as they are sought to be attained by peaceable means. But the advocacy of attainment by force and violence is outlawed, because laying the foundation for treason. A rehearing ought to be had.

**Joseph SULLIVAN, Plaintiff-Appellee, v. Bernard R. DICK, Defendant-Appellant.**

No. 303.

Circuit Court of Appeals, Second Circuit.

May 2, 1938.

Fenton, Wing & Morse and Clayton H. Kinney, all of Rutland, Vt., for appellant.

Asa S. Bloomer, of Rutland, Vt., for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**Gilbert TEDDER, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 8707.

Circuit Court of Appeals, Fifth Circuit.

June 6, 1938.

Gilbert Tedder, in pro. per., for appellant.

Lawrence S. Camp, U. S. Atty., and J. Ellis Mundy and H. H. Tisinger, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

**UNITED STATES of America v. C. W. ANDREWS, Administrator of the Estate of Harrison Andrews, Deceased.**

No. 1713.

Circuit Court of Appeals, Tenth Circuit.

May 18, 1938.

William C. Lewis, U. S. Atty., and Daniel Dillon, Atty. Department of Justice, both of Oklahoma City, Okl., for appellant.

Cox & Cox, of Chandler, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. CALIFORNIA BANK, Appellee.**

No. 8858.

Circuit Court of Appeals, Ninth Circuit.

June 6, 1938.

Ben Harrison, U. S. Atty., of Los Angeles, Cal.

Swanwick, Donnelly & Proudfit and Donald O. Welton, all of Los Angeles, Cal., for appellee.